McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 MOUNT KEMBLE AVENUE
POST OFFICE BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
Attorneys for defendant University Hospital

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRUNILDA VEGA, | Case No. 14-cv-4067 – CCC – SCM |
| Plaintiff, | |
| v. | |
| UNIVERSITY HOSPITAL (Newark, NJ), | |
| Defendant. | |

### CIVIL ACTION – ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND GRANTING DEFENDANT'S MOTION TO VACATE DEFAULT

This matter being opened to the Court on motion by plaintiff Brunilda Vega seeking entry of default judgment and on cross-motion by McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for defendant University Hospital seeking to vacate the default previously entered against University Hospital and to permit University Hospital to file an Answer or otherwise respond to plaintiff's Complaint [D.E. 18]; and the Court having considered the motion papers submitted and being of the opinion that the within Order should be entered for good cause shown:

It is, on this ___10th___ day of ___DECEMBER___, 201_:

ORDERED that plaintiff's motion [D.E. 12] seeking ~~entry of~~ default judgment is ~~hereby denied~~ terminated as moot; and it is further

[D.E. 18]

ORDERED that University Hospital's motion to vacate default is hereby granted; and it is further

ORDERED that University Hospital shall file its Answer or otherwise respond to plaintiff's Complaint within 20 days of the entry of this Order; and it is further

ORDERED that a copy of this Order shall be served on all parties within 7 days of the date hereof.

_____
THE HON. STEVE C. MANNION, U.S.M.J.