**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEVEN C. MANNION**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING**<br>**COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2064**<br>**NEWARK, NJ 07101**<br>**973-645-3827** |

July 13, 2016

**LETTER ORDER/OPINION**

    Re:    D.E. 33, Second Application for Appointment of Pro Bono Counsel

           **Vega v. University Hospital**
           **Civil Action No. 14-cv-4067 (CCC)(SCM)**

Dear Litigants:

    This matter comes before the Court upon review of Plaintiff, Brunilda Vega's ("Ms. Vega") second request for Appointment of *Pro Bono* Counsel.[1] The Court considered and denied Ms. Vega's previous request for *pro bono* counsel.[2] Although the Court acknowledges Ms. Vega's reassertion that she cannot afford legal representation, Ms. Vega's second request does not provide any additional information or arguments for the Court to consider with regard to the appointment of *pro bono* counsel. Therefore, having reviewed and considered her initial request, and her second request, Ms. Vega's second request is **denied** for the same reasons as her first.

    **SO ORDERED.**

Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

7/13/2016 5:35:55 PM

c(via ECF):

Original: Clerk of the Court
Hon. Claire C. Cecchi, U.S.D.J.
All parties
    File

---

[1] (ECF Docket Entry No. ("D.E.") 33).

[2] (D.E. 31).